**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6460**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVIS BARTON,

Defendant - Appellant.

**No. 22-6461**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVIS BARTON,

Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:11-cr-00349-TDS-1; 1:12-cr-00255-TDS-1)

Submitted:  August 18, 2022                    Decided:  August 23, 2022

2

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Davis Barton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Davis Barton appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A)(i) motions for compassionate release and denying reconsideration. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the court did not abuse its discretion and sufficiently explained the reasons for the denial. *See United States v. High*, 997 F.3d 181, 188-91 (4th Cir. 2021) (discussing amount of explanation required for denial of compassionate release motion). Accordingly, we affirm the district court's orders. *United States v. Barton*, Nos. 1:11-cr-00349-TDS-1, 1:12-cr-00255-TDS-1 (M.D.N.C. Jan. 18, 2022; Jan. 27, 2022; Mar. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*